## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRIY MELNYK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POLSKIE LINIE LOTNICZE LOT S.A. A/K/A LOT POLISH AIRLINES,<br><br>Defendant. | Case No.: 2:20-cv-06119-MCA-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PUSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Madeline Cox Arleo |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andriy Melnyk voluntarily dismisses his claims with prejudice against Defendant.

Dated: August 13, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Andrew Obergfell*
      Andrew Obergfell

Andrew Obergfell
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com

*Attorneys for Plaintiff*

SO ORDERED:

_____
Honorable Julien Xavier Neals
United States District Judge
Dated: 8-16-2021